**SO ORDERED.**

**SIGNED this 30 day of September, 2013.**



_____
**John T. Laney, III
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In Re:  Donald Wayne Martin
3494 Triple Lake Drive
Valdosta, GA 31601

XXX-XX-1694

CHAPTER 13

Case Number: 09-71488-JTL

ORDER ON TRUSTEES MOTION TO DISMISS

The Trustee's motion to dismiss in the above referenced case having been considered, the same is hereby

DENIED on the condition that the Debtor(s) make all future payments to the Trustee in a timely manner.

Upon failure to strictly comply with any term hereof the Trustee shall advise the Court and the case will be dismissed without further notice or hearing.

END OF DOCUMENT

/s/ Kristin Hurst
_____
Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com